JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELTON ELMER ANDERSON, <br><br> Plaintiff, <br><br> vs. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA; AND DOES 1 TO 10, INCLUSIVE, <br><br> Defendants. | Case No.: CV 18-7757-DMG (AFMx) <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE [24]** |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear his or its own attorneys' fees and costs. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: June 10, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE